# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**MONTE BRITTON**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **3:11-MJ-13; 11-MJ-14 CMK**

JOHN KUCERA
Defendant's Attorney

**THE DEFENDANT:**

[✔] pleaded guilty to count(s): 1 in Case No. 11-mj-13 CMK; and Count 1 in Case No. 11-mj-14 CMK of the Complaints.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18: 36 CFR 261.6(a) | Remove Forest Product in Violation of Permit | 02/25/2011 | 1 |
| 18: 36 CFR 261.6(h) | Remove Forest Product Except as Authorized | 06/26/2011 | 1 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[✔] Count(s) Count 2 in Case 11-mj-13 CMK; and Count 2 in Case 11-mju-14 CMK of the Complaints (is)(are) dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

01/25/2012
Date of Imposition of Judgment

DATED: January 25, 2012

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ten (10) days .

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

# PROBATION

The defendant is hereby sentenced to unsupervised probation for a term of <u>three (3) years.</u> .

The defendant shall not commit another federal, state, or local crime.

The defendant shall notify the court within five (5) days of any change in address.

The defendant must comply with the following:

## SPECIAL CONDITIONS OF SUPERVISION

1. Defendant is excluded from entering lands administered by the U.S.F.S. in Northern California and Southern Oregon.